SHAWANNA L. JOHNSON, ESQ.
Nevada Bar No. 12791
Law Offices of Shawanna L. Johnson, Esq.
3311 S. Rainbow Blvd., Suite 103
Las Vegas, NV 89146
Tel: 702-755-6949
Fax: 702-294-2229
sjohnson@sljlaw702.com
*Attorney for Plaintiff Ricky Brigance*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICKY L. BRIGANCE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, RYAN COURTNEY, an employee of Las Vegas Metropolitan Police Department,<br><br>Defendants. | CASE NO. 2:17-cv-00250<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

COMES NOW, Plaintiff Ricky L. Brigance, by and through his counsel of record Law Offices of Shawanna L. Johnson, Esq., and Defendants Las Vegas Metropolitan Police Department and Ryan Courtney (collectively "Defendants"), by and through their counsel of record Marquis Aurbach Coffing, hereby stipulate to Plaintiff filing an Amended Complaint to conform to the record, orders, addition and deletion of parties, and evidence in the matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: 6/8/2017<br>/s/ Shawanna L. Johnson | Dated: 6/8/2017<br>/c/ Craig R. Anderson (by consent) |
| SHAWANNA L. JOHNSON, ESQ.<br>Law Offices of Shawanna L. Johnson, Esq.<br>3311 S. Rainbow Blvd., Suite 103<br>Las Vegas, NV 89146<br>*Attorney for Plaintiff* | Craig R. Anderson, Esq.<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for LVMPD and Ryan Courtney* |

**ORDER GRANTING STIPULATION TO AMEND COMPLAINT**

The matter of the Stipulation to Amend Complaint coming before the Court, with the parties stipulating and agreeing that Plaintiff shall be permitted to file an Amended Complaint to conform to the evidence, orders, addition and deletion of parties, and pleadings in this case, and good cause appearing therefor,

**THE COURT HEREBY GRANTS** the Stipulation, and **ORDERS** that Plaintiff is permitted to file an Amended Complaint in this matter.

**IT IS SO ORDERED** June 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an individual over the age of 18 years; that service of the foregoing **STIPULATION AND ORDER GRANTING STIPULATION TO AMNED COMPLAINT** was made this 8th day of June, 2017, by electronically filing with the appropriate court e-filing system, and/or depositing a true and correct copy of the same in the United States mail; via facsimile; via email; or; by hand delivery at the time of filing to:

CRAIG R. ANDERSON, ESQ.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
*Attorney for Las Vegas Metropolitan police Department
 and Officer Ryan Courtney*

/s/ Shawanna L. Johnson
Citizen of the State of Nevada